MARC PILOTIN
Regional Solicitor
BORIS ORLOV (CSBN 223532)
Counsel for Wage and Hour
PAIGE B. PULLEY (CSBN 312596)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-2707
pulley.paige.b@dol.gov
*Attorneys for Plaintiff Martin J. Walsh,*
*United States Secretary of Labor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor, | Case No.: |
| Plaintiff, | **COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT (FLSA)** |
| v. | Case No.: 2:22-cv-1811 |
| Colvin Construction, Inc., and Michael Colvin, | |
| Defendants. | |

Under the Fair Labor Standards Act ("FLSA") an employer must pay its employees an overtime premium of one and a half times the employee's regular rate for all hours worked over forty hours in a workweek. Contrary to this requirement, Defendant Colvin Construction, Inc. ("Colvin Construction") and Defendant Michael Colvin (collectively, "Defendants"), have denied their employees the full and lawful wages due and failed to maintain accurate records of employees' hours. Defendants' records reveal that employees were regularly

working more than forty hours in a workweek and were not compensated at the proper overtime rate. Even after Defendants' own internal audit confirmed Defendants' employees were not receiving their lawful overtime wages, Defendants failed to compensate their current and former employees their full back wages owed. Through these actions, Defendants have harmed their own employees, and law-abiding employers who face unfair competition in the marketplace due to Defendants' illegal practices. The Secretary brings this case to recover the wages owed to Defendants' employees, to enjoin future violations, and to protect the significant public interest at stake.

1.    Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary"), brings this action to enjoin Defendants Colvin Construction, Inc., and Michael Colvin from violating the provisions of sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or the "Act"), 29 U.S.C. §§ 207, 211(c), 215(a)(2), 215(a)(5), and to recover unpaid overtime compensation owed under the FLSA to Defendants' current and former piece rate and hourly employees, including those listed by name on the attached Exhibit A to this Complaint, and any other employees that the Secretary later identifies, together with an equal amount as liquidated damages, pursuant to FLSA Section 16(c), 29 U.S.C. § 216(c).

2.    Jurisdiction of this action is conferred upon the Court by sections 16 and 17 of the FLSA, 29 U.S.C. §§ 216, 217, and 28 U.S.C. §§ 1131 (federal question) and 1345 (United States as plaintiff).

3.    Venue lies in the United States District Court for the District of Nevada, pursuant to 28 U.S.C. § 1391(b), as Colvin Construction maintains its headquarters in this district and a substantial part of the events or omissions giving rise to the instant claims occurred in this district.

4.    Defendant Colvin Construction is and has been a Nevada corporation

licensed to do business in the State of Nevada, with its principal place of business located at 7674 W. Lake Mead Blvd. Ste. 150, Las Vegas, NV 89128, within the jurisdiction of this Court, where it is and has been engaged in construction activities including, concrete, stucco, and framing of residential homes and commercial buildings.

5.    Defendant Michael Colvin, an individual, resides within the jurisdiction of this Court and is the owner of Colvin Construction, Inc. At all relevant times, Defendant Michael Colvin acted directly or indirectly in the interest of Defendant Colvin Construction, Inc. in relation to its employees, including exercising day-to-day authority and control over the terms and conditions of employment, and exercising control over Colvin Construction's business. As such, Defendant Michael Colvin is individually liable as an employer under section 3(d) of the FLSA, 29 U.S.C. § 203(d), for back wages and liquidated damages owed to Defendant Colvin Construction's piece rate and hourly employees.

6.    At all relevant times, Defendants have been employers within the meaning of FLSA Section 3(d), 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint.

7.    At all relevant times, Defendant Colvin Construction has employed employees engaged in commerce or in the production of goods for commerce or in handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person.

8.    At all relevant times, Defendant Colvin Construction has been an "enterprise," as defined in FLSA section 3(r), 29 U.S.C. § 203(r), with business activities that are related and performed through unified operation or common control for a common business purpose.

9.    At all relevant times, Defendant Colvin Construction has been engaged in the operations of enterprises whose annual gross volume of sales made

or business done were not less than $500,000.00. As such, Defendant Colvin Construction is and has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of FLSA section 3(s), 29 U.S.C. § 203(s).

10.    In at least one workweek since May 4, 2017, Defendants have willfully and repeatedly violated sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), by failing to pay their employees at rates not less than one and one-half times the employees' regular rate of pay in workweeks when the employees worked more than forty hours.

11.    Defendants' records show that employees regularly worked over forty hours in a workweek, but they were paid their regular rate for hours over forty without an overtime premium. In certain workweeks, for example, Defendants' employees performed tasks paid at piece rate and tasks paid at an hourly rate. When these employees worked more than forty hours in those workweeks where they performed both piece rate and hourly work, they were not paid overtime at one and one-half times their regular rate of pay. In other instances, employees who only performed work that was paid at piece rate and who worked more than forty hours in a workweek were not paid overtime of one and one-half times their regular rate of pay.

12.    Defendants have willfully and repeatedly violated sections 11 and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211 and 215(a)(5), by failing to maintain, keep, make available, and preserve records of piece rate employees and of the wages, hours, and other conditions and practices of employment maintained, as required under 29 C.F.R. Part 516. Specifically, Defendants failed to make, keep, and preserve accurate records of hours worked by employees.

13.    Defendants' employees were instructed to record a lower number of hours on their timecard than they actually worked, and employees were required to

sign these incorrect timecards in order to receive pay for that workweek.

14.    During the relevant statutory period, Defendants repeatedly violated the above-described provisions of the FLSA; and

(a) Defendants' violations of FLSA sections 7, 11, and 15 are willful in nature through Defendants' continued failure to pay the required overtime rate to employees who worked over forty hours in a workweek where these overtime hours appeared on Defendants' timecards and records, and Defendants' instruction to employees to record a lower number of hours on their timecards than the actual number of hours an employee worked.

(b) As a result of these FLSA violations, there is unpaid overtime compensation being withheld by Defendants;

(c) Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by FLSA section 17, 29, U.S.C. § 217;

(d) Judgment enjoining and restraining any continued withholding of unpaid overtime compensation due under the FLSA is specifically authorized by FLSA section 17, 29 U.S.C. § 217;

(e) Judgment awarding unpaid back wages due under the FLSA, plus an additional amount, as liquidated damages, that is equal to the amount of the back wages that accrued under the FLSA, is specifically authorized by FLSA section 16(c), 29 U.S.C. § 216(c).

WHEREFORE, cause having been shown, the Secretary prays for a Judgment against Defendants as follows:

(a) For an Order pursuant to section 17 of the Act, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the FLSA, including: sections 7 and 15(a)(2), of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2); and sections 11(c) and 15(a)(5), of the FLSA, 29

U.S.C. §§ 211(c) and 215(a)(5); and

      (b) For an Order:

           (1) pursuant to section 16(c) of the Act, 29 U.S.C. § 216(c), finding Defendants liable for unpaid overtime compensation due to their piece rate and hourly employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A, and all other employees later identified by the Secretary, for the relevant statutory period; or in the event liquidated damages are not awarded;

           (2) pursuant to section 17 of the Act, 29 U.S.C. § 217, enjoining and restraining Defendants, their officers, agents, servants, employees and those persons in active concert or participation with them, from withholding payment of unpaid back wages found to be due Defendants' employees for the relevant statutory period; and

      (c) For an Order requiring Defendants to issue a curative notice to their employees that rectifies their FLSA violations, including through notifying their employees of their rights under the FLSA and this lawsuit; and

      (d) For an Order granting such other and further legal and equitable relief as may be necessary or appropriate; and

      (e) For an Order awarding the Secretary the costs of this action.

//

//

//

//

//

//

//

//

1

DATED: October 28, 2022

SEEMA NANDA
Solicitor of Labor

2

3

MARC PILOTIN
Regional Solicitor

4

BORIS ORLOV
Counsel for Wage and Hour

5

6

*/s/   Paige B. Pulley*
PAIGE B. PULLEY
Trial Attorney

7

8

*Attorneys for Plaintiff Martin J.*
*Walsh, United States Secretary of*
*Labor*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| First Name | Last Name |
|---|---|
| Pedro | Abarca |
| Eduardo Romero | Acevedo |
| Yonatan | Acevedo |
| Gerardo | Acosta |
| Antonio | Aguilar |
| Geronimo Cota | Aguilar |
| Jesus Murguia | Aguilar |
| Jose Bermudez | Aguilar |
| Jose Garcia | Aguilar |
| Emiliano Pinzon | Aguilera |
| Marcelo Rubio | Aguilera |
| Eliezer Bautista | Agustin |
| Javier Del Toro | Alacaraz |
| Indolfo Alavarez | Alba |
| Jorge | Alcazar |
| Carlos | Aldana |
| Miguel Sifuentes | Alfaro |
| Juventino | Alonso |
| Jose Leonardo | Alvarado |
| Marco A. Gonzalez | Alvarez |
| Alejandro Meza | Alvizar |
| Juan | Amador |
| Emilio Garcia | Anaya |
| Ruperto | Anaya |
| Juan | Andasol |
| Francisco Mendez | Andrade |
| Efrain Sauceda | Arambula |
| Alberto Jr | Araujo |
| Milton Bermudez | Araujo |
| Samuel | Arellano |
| Kevin Alexis | Arispuro |

# EXHIBIT A

| | |
|---|---|
| Juana Millan | Arizmendi |
| Luis Guillermo Lopez | Ascencio |
| Guillermo | Avalos |
| Alfredo Lorenzo | Avila |
| Ismael Larez | Ayala |
| Salvador | Ayala |
| Samuel | Ayala |
| Alejandro | Ballesteros |
| Ernesto | Baltazar |
| Jesus | Barajas |
| Jesus Contreras | Barajas |
| Carlos | Barrientos-Miranda |
| Bryce | Bartel |
| Bernardino Agustin | Bautista |
| Damian M. | Bautista |
| Fabian Martin | Bautista |
| Filogonio | Bautista |
| Julio Martin | Bautista |
| Mario | Bautista |
| Juan Diaz | Becerra |
| Moises | Becerra |
| Moises E. | Becerra |
| Angel O. Sanchez | Belloso |
| Francisco Sanchez | Belloso |
| Amaury | Beltran |
| Williams Membreno | Benitez |
| Abel | Bermudez |
| Amador | Bermudez |
| Rodrigo | Bernabe |
| Eric | Bourland |
| Donald | Brown |
| Jerald | Brown |

2

# EXHIBIT A

| | |
|---|---|
| Phillip | Brown |
| Olvan Umanzor | Bueso |
| Hulices | Bustamante |
| Juan M Zermeno | C. |
| Efrain Martinez | Cabada |
| Angel Vidal | Cabrera |
| Gael | Cabrera |
| Israel Candido | Cabrera |
| Bacilio Cruz | Calletano |
| John Gilbran Zperez | Camacho |
| Maria | Camacho |
| Mauricio | Camacho |
| Roberto | Camargo |
| Luis Urzua | Campos |
| Armando | Campusano |
| Norberto | Candido |
| Ronald Stanley | Candido |
| Terence | Capucci |
| Josue | Cardona |
| Fidel | Carranza |
| Eduardo | Carrasco |
| Luis Felipe | Castaneda |
| Jose Alfredo Calvario | Castillo |
| Marco A. Chavez | Castillo |
| Marco Chavez | Castillo |
| Ricardo A. Ramirez | Castillo |
| Ricardo Ramirez | Castillo |
| Jose Angulo | Castro |
| Juan Chaman | Castro |
| Juan Ruben | Cervantes |
| Gulmaro Gomez | Chaidez |
| Miguel Gomez | Chaidez |

# EXHIBIT A

| | |
|---|---|
| Alejandro | Chavez |
| Francisco Heraldez | Chavez |
| Freddy Bautista | Chavez |
| Fredis Rodriguez | Chavez |
| Jose G. | Chavez |
| Jose Manuel | Chavez |
| Kelvin O. | Chavez |
| Kelvin Osvaldo | Chavez |
| Mario Antonio | Chavez |
| Martin | Chavez |
| Merced Bautista | Chavez |
| Roberto Gamez | Chin |
| Vicente Torres | Cobian |
| Juan | Colmenares |
| Edgar Jovany Morales | Contreras |
| Fredi S. Campos | Contreras |
| Israel Escobedo | Contreras |
| Miguel Angel Escobedo | Contreras |
| Manuel | Cordon |
| Guillermo Zermeno | Cornejo |
| Delfino Gil | Corona |
| Ruben Orozco | Corona |
| Emilio | Coronel |
| Jesus | Corral |
| Marcelo | Corral |
| Emigdio Rodriguez | Cortez |
| Santos Rodriguez | Cortez |
| Tiburcio Rodriguez | Cortez |
| Carlos Alberto | Cortezano |
| Raul | Cortezano |
| David | Covarrubias N. |
| Abraham Rodriguez De La | Cruz |

# EXHIBIT A

| | |
|---|---|
| Francisco Ramirez | Cruz |
| Jose | Cruz |
| Juan Lopez | Cruz |
| Michael | Cruz |
| Nicolas De La | Cruz |
| Roque Roberto Cabrera | Cruz |
| Ruben | Cruz |
| Raymundo | Cuenca |
| Carlos Lopez | Cuevas |
| Jose Lopez | Cuevas |
| Luis | Cuevas |
| Martin Lopez | Cuevas |
| Isaias | Curiel |
| Francisco | Curiel-Curiel |
| Oscar Gonzalez | Davalos |
| Armando Jimenez | Delgado |
| Juan Carlos Cruz | Delgado |
| Margarito Flores | Delgado |
| Alejandro Ponce | Diaz |
| Armando | Diaz |
| Eduardo | Diaz |
| Jose | Diaz |
| Juan | Diaz |
| Luis Manuel | Diaz |
| Miguel Angel Castaneda | Diaz |
| Rafael Camarena | Diaz |
| Salvador Loredo | Diaz |
| Ernesto | Dipaulo |
| Reinaldo Eugenio | Dolores |
| Arturo | Dominguez |
| Feliciano | Dominguez |
| Raul | Dominguez |

# EXHIBIT A

| | |
|---|---|
| Enrique Oliva | Doroteo |
| Efren Bojorquez | Duarte |
| Francis Avila | Duarte |
| Geoffrey Wayne | Duffin |
| Juan Palencia | Enriquez |
| Jose Luis | Escamilla |
| Omar Martin | Escamilla |
| Ricardo A. Portillo | Escamilla |
| Cesar | Escobar |
| Nicolas | Escobar |
| Eliseo | Escobedo |
| Jorge S. Ruiz | Escobedo |
| Ed James | Espino |
| Jose Murillo | Espinoza |
| Luis M. Murillo | Espinoza |
| Manuel Gomez | Espinoza |
| Heriberto | Espinoza O |
| Lauro | Espionza |
| Abel Herrera | Esquivel |
| Gustavo Ramirez | Estrada |
| Oscar Godoy | Estrada |
| Eddie | Faagai |
| Eteuati | Faagai |
| Crisanto Avina | Farias |
| Guillermo Torres | Fernandez |
| Yoshio Rene | Fernandez |
| Bruno | Ferretti |
| Alejandro Hernandez | Figueroa |
| Arturo | Flores |
| Hugo Pedraza | Flores |
| Juan | Flores |
| Juan A. | Flores |

# EXHIBIT A

| | |
|---|---|
| Juan Antonio | Flores |
| Noe | Flores |
| Pedro Lopez | Flores |
| Alfredo | Fonseca |
| Ariel Leon | Fonseca |
| Fernando F. | Fonseca |
| Alfredo Alberto | Franco |
| Carlos | Franco |
| Jose Soriano | Franco |
| Omar Alexis Robles | Franco |
| Ramon Robles | Franco |
| Carlos | Funes |
| Robert | Funez |
| David | Furniss |
| Carlos Garcia | Galan |
| Josue | Galan |
| Angel Manuel | Galarza |
| Erick Gomez | Gallegos |
| Eduardo Diaz | Galvan |
| Jesus | Galvan |
| Jose Guadalupe | Galvan |
| Manuel Alonso Pacheco | Garay |
| Abraham Abrica | Garcia |
| Alfredo Alvarez | Garcia |
| Cesar F. Castillo | Garcia |
| David | Garcia |
| Efrain | Garcia |
| Eleazar | Garcia |
| Eliseo | Garcia |
| Gerardo Jeronimo | Garcia |
| Jesus | Garcia |
| Joel | Garcia |

# EXHIBIT A

| | |
|---|---|
| Jose Silva | Garcia |
| Lugardo Cuevas | Garcia |
| Luis Fernando Rodriguez | Garcia |
| Macedino Gutierrez | Garcia |
| Oscar | Garcia |
| Pascual B. Castillo | Garcia |
| Ruben J. | Garcia |
| Sergio Noe Abrica | Garcia |
| Maikin Palencia | Garnica |
| Steven | Gilla |
| Blake | Giordano |
| Cody | Giordano |
| Blake | Girodano |
| Freddy | Godinez |
| Cristian | Gomez |
| Elmer | Gomez |
| Jose G | Gomez |
| Luis | Gomez |
| Sergio | Gomez |
| Bladimiro Magana | Gonzalez |
| David Luna | Gonzalez |
| Eduardo Diaz | Gonzalez |
| Emilio | Gonzalez |
| Jose A. Cruz | Gonzalez |
| Jose De Jesus | Gonzalez |
| Pete | Gonzalez |
| Santiago | Gonzalez |
| Saul | Gonzalez |
| Andres | Gonzalez-Martin |
| Ricardo | Govea |
| Marcus | Greer |
| Eduardo Flores | Guadarrama |

# EXHIBIT A

| | |
|---|---|
| Daniel Ortega | Guerra |
| Jose Trinidad Gonzalez | Guerrero |
| Miguel | Guerrero |
| Jose Lopez | Guevara |
| Kris | Gutierres |
| Alejandro | Gutierrez |
| Jose Angel Alfaro | Gutierrez |
| Jose D. Rivera | Gutierrez |
| Santos Pavon | Gutierrez |
| Avelino | Guzman |
| Guillermo | Guzman |
| Joel | Guzman |
| Jose A. Silva | Guzman |
| Marlon | Guzman |
| Saul Alejandro Mendoza | Guzman |
| Jordon | Heintz-Black |
| Jose Enrique | Hermosillo |
| Alex | Hernandez |
| Casimiro Mejia | Hernandez |
| Crisoforo Angeles | Hernandez |
| Enrique Castro | Hernandez |
| Gustavo | Hernandez |
| Juan Ramon Plasencia | Hernandez |
| Luis | Hernandez |
| Manuel | Hernandez |
| Mauricio | Hernandez |
| Ramon Barbosa | Hernandez |
| Rene | Hernandez |
| Rodrigo | Hernandez |
| Ruben Romero | Hernandez |
| Sergio Bautista | Hernandez |
| Benigno | Herrarte |

# EXHIBIT A

| | |
|---|---|
| Andres Diaz | Herrera |
| Edgar | Herrera |
| Joshua | Herrera |
| Pedro Alvarado | Herrera |
| Ricardo | Herrera |
| Mariano | Hurtado |
| Carlos Torres | Ibarra |
| Margarito Ayala | Inzunza |
| Gumildo | Javiar |
| Martiniano Martinez | Jeronimo |
| Abel A. Segovia | Jimenez |
| Arturo Chavez | Jimenez |
| Everardo | Jimenez |
| Maximiliano Solano | Jimenez |
| Roberto Espinoza | Jimenez |
| Miguel Arzu | Jr. |
| Pedro San | Juan |
| Taylor | Kidney |
| Edgar | Lamas |
| Douglas | Lara |
| Fabian | Lara |
| Elias | Leal |
| Milan | Leal |
| Iban | Ledesma |
| Mario Carranco | Ledesma |
| Fidel Martinez | Lemus |
| Jose Orozco | Leyva |
| Branden | Lillegaard |
| Alejandro Hernandez | Lima |
| Pedro | Linares-Axume |
| Moises Rodriguez | Llamas |
| Adrian Castillo | Lopez |

# EXHIBIT A

| | |
|---|---|
| Alberto | Lopez |
| Carlos | Lopez |
| Francisco David Quiroz | Lopez |
| Gonzalo Perez | Lopez |
| Jonatan Ramos | Lopez |
| Jose Luis Ortiz | Lopez |
| Luis Garcia | Lopez |
| Macario | Lopez |
| Miguel Angel Lopez | Lopez |
| Rafael Lopez | Lopez |
| Ramon | Lopez |
| Santiago | Lopez |
| Rafael Lozano | Loza |
| Cesar | Lozano |
| Apolonio | Lugo-Espino |
| Basilio Martinez | Macias |
| Bernardino | Macias |
| Fabian | Magallanez |
| Antonio | Magana |
| Jose Ortiz | Magdaleno |
| Fernando | Mancilla |
| Alejandro Dominguez | Maqueda |
| Eduardo Marin | Marin |
| Victor Rodriguez | Maritnez |
| Antonio | Marquez |
| Bryan | Marquez |
| Jose Garcia | Marquez |
| Omar Martinez | Marquez |
| Aflredo | Martin |
| Alfredo | Martin |
| Carlos | Martin |
| David Gonzalez | Martin |

# EXHIBIT A

| | |
|---|---|
| Ernesto | Martin |
| Jake | Martin |
| Jose Alberto | Martin |
| Noe San Juan | Martin |
| Santiago | Martin |
| Arturo Ortega | Martinez |
| Brandon Luis | Martinez |
| Edgar | Martinez |
| Francisco J Cano | Martinez |
| Hector J. Garcia | Martinez |
| Jonathan | Martinez |
| Jose Valentin Paz | Martinez |
| Ronald Lobos | Martinez |
| Santiago | Martinez |
| Saul | Martinez |
| Yorsn Ivan | Martinez |
| Abraham | Martinez O |
| Francisco | Martinez-Radillo |
| Luis | Maya |
| Marcelino | Mayen |
| Mauricio Lomeli | Mayoral |
| Eduardo Garcia | Medina |
| Juan Hernandez | Medina |
| Osmin Marquez | Mejia |
| Juan Pina | Melendrez |
| Miguel Martinez | Mendez |
| Apolinar | Mendoza |
| Armando | Mendoza |
| Brandon Parra | Mendoza |
| Cleofas Jeronimo | Mendoza |
| Erick San Pedro | Mendoza |
| Gerardo | Mendoza |

# EXHIBIT A

| | |
|---|---|
| Jesus Cruz | Mendoza |
| Jonathan Monarrez | Mendoza |
| Jorge Duran | Mendoza |
| Marco | Mendoza |
| Omar Chavarria | Mendoza |
| Victor | Mendoza |
| Jose | Mercado |
| Abel | Meza |
| Alejandro | Meza |
| Javier | Meza |
| Yacel Marrero | Milan |
| Apolinar | Minero |
| Antonio | Monarrez |
| Jose | Monarrez |
| Pablo Rincon | Monarrez |
| Rafael Corral | Monarrez |
| Rolando Rincon | Monarrez |
| Uriel Morga | Monarrez |
| Cesar | Moncada |
| Jesus Calderon | Montero |
| Eldin | Monterroso |
| Josue | Montes |
| Leovigildo Duran | Montes |
| Luis Fernando Ramirez | Montes |
| Juan | Morales |
| Luis Angel Cuenca | Morales |
| Hector Lopez | Moralez |
| Isaias | Morga |
| Librado | Munguia |
| Yoel Fuentes | Munoz |
| Raymundo | Murillo |
| Roberto | Murillo |

13

# EXHIBIT A

| | |
|---|---|
| David Covarrubias | N. |
| Oscar Samano | Najar |
| Francisco Sanchez | Nava |
| Efrain | Navarrete |
| Jose Sahagun | Navarro |
| Luis Antonio | Navarro |
| Mario | Navarro |
| Marco Antonio Castrellon | Noriega |
| Erick | Novelo |
| J. Jesus Galban | Nunez |
| Juan Galvan | Nunez |
| Luis Perez | Nunez |
| Miguel Angel Beltran | Nungaray |
| Alfonso | Obeso |
| Roberto | Ochoa |
| Francisco | Olague |
| Victor Hernandez | Olivares |
| Jesus Huertero | Onofre |
| Jonathan | Orantes |
| Obdulio Granados | Ornelas |
| Victor Zalapa | Orozco |
| Daniel Moreno | Ortega |
| Felix Alonzo Rodriguez | Ortega |
| Guillermo Gomez | Ortega |
| Martin Garcia | Ortiz |
| Sergieo Morales | Pablo |
| Tomas Vera | Pacheco |
| Adrian | Padilla |
| Justino | Padilla |
| Ramon E. Perez | Padilla |
| Enio Aldana | Palencia |
| Selmer | Palencia |

# EXHIBIT A

| | |
|---|---|
| Juan | Palomares |
| Jesus Angel Velazquez | Pantoja |
| Alejandro | Pascual |
| Isaac J. Rodriguez De La | Paz |
| Jose Rodriguez De La | Paz |
| Magdaleno Vivar | Paz |
| Raul | Paz |
| Bernabe San | Pedro |
| Jose Flores | Pelayo |
| Luis Flores | Pelayo |
| Silvestre | Pena |
| Francisco | Peralta |
| Bacilio Serrano | Perez |
| Catalino | Perez |
| Fernando | Perez |
| Gilberto Cruz | Perez |
| Guillermo Baez | Perez |
| Jacinto Murillo | Perez |
| Jose | Perez |
| Jose Munoz | Perez |
| Jose Torres | Perez |
| Luis | Perez |
| Luis Enrique Flores | Perez |
| Mario A. Torres | Perez |
| Martin | Perez |
| Martin Tellez | Perez |
| Natividad Jorge | Perez |
| Rogelio Munoz | Perez |
| Victor Manuel | Perez |
| Jaime E. | Pesquera |
| Adolfo | Pineda |
| Francisco | Pizano |

# EXHIBIT A

| | |
|---|---|
| Robert | Pizano |
| Raymundo Monarrez | Pizarro |
| Jesus Catalan | Popoca |
| Francisco Gonzalez | Pulido |
| Drilon | Qerkini |
| Manuel Chavez | Quinones |
| Raul Rodriguez | Quinones |
| Ricardo Rodriguez | Quinones |
| Milton Alexande | Quintanilla |
| Daniel Madrid | Quintero |
| Jose Luis Madrid | Quintero |
| Aaron Nava | Ramirez |
| Juan | Ramirez |
| Orlando Paiz | Ramirez |
| Ricardo | Ramirez |
| Rafael | Rangel |
| Porfirio | Raudales |
| Joaquin Hernandez | Raymundo |
| Sergio Gomez | Razo |
| Jose Uriel Najar | Regalado |
| Jose | Renteria |
| Abraham Oliva | Reyes |
| Adan Guzman | Reyes |
| Luis Meza | Reyes |
| Rafael Oliva | Reyes |
| Hector | Reyna |
| Felix Ortega | Rinco |
| Martin | Rincon |
| Francisco Ramirez | Rios |
| Arturo | Rivas |
| Daniel | Rivas |
| Ines Ortega | Rivera |

16

# EXHIBIT A

| | |
|---|---|
| Jose | Rivera |
| Mario Ortega | Rivera |
| Nehemias Sandoval | Rivera |
| Oscar Santos | Rivera |
| Sergio | Robles |
| Gerardo | Rocha |
| Luis | Rocha |
| Victor H. Beltran | Rocha |
| Sergio Garcia | Rodelo |
| Alfonso | Rodriguez |
| Andres | Rodriguez |
| Carlos Manuel | Rodriguez |
| Efrain | Rodriguez |
| Francisco | Rodriguez |
| Gudalupe | Rodriguez |
| J Ascencion Lopez | Rodriguez |
| J Jesus | Rodriguez |
| Jobany | Rodriguez |
| Jorge Chavez | Rodriguez |
| Julio Lopez | Rodriguez |
| Mauricio Flores | Rodriguez |
| Regino Ponce | Rodriguez |
| Salvador Flores | Rodriguez |
| Rafael Rosas | Rojas |
| Jose Castrellon | Roman |
| Adan | Romero |
| Cesar R. Monroy | Romero |
| Jose M. Garcia | Romero |
| Pablo Salomon | Romero |
| Enoc Gamaliel Vincente | Rosales |
| Cesar Diaz | Rosas |
| Jose | Rueda |

# EXHIBIT A

| | |
|---|---|
| Arturo Rivas | Ruesga |
| Ernesto Vivar | Ruiz |
| Jacob | Salazar |
| Jesus Manuel Salazar | Salazar |
| Antonio | Salcedo |
| Pablo Ligorio | Salvador |
| Bladimir | Sanchez |
| Clemente | Sanchez |
| Isidro | Sanchez |
| Ismael | Sanchez |
| Jose | Sanchez |
| Juan | Sanchez |
| Luis | Sanchez |
| Victor | Sanchez |
| Alejandro | Sandoval |
| Daniel Godoy | Sandoval |
| David | Sandoval |
| Diego | Sandoval |
| Gerardo Solis | Santillan |
| Jesus | Santillan |
| Joel Macias | Santoyo |
| Arcadio Figueroa | Servin |
| Valentin | Servin |
| Joshua | Shumsker |
| Gavyn | Silva |
| Juan Andino | Silva |
| Julio Parra | Silva |
| Moises Bernardo Bernabe | Silverio |
| Hernan Paulin | Solis |
| Carlos Gomez | Soria |
| Mario | Soriano |
| Vicente D. | Soriano |

# EXHIBIT A

| | |
|---|---|
| Vincente | Soriano |
| Jose | Sosa |
| Jose | Talavera |
| Carlos Rafael | Tapia-Alarcon |
| Rafael | Tavison |
| Eulise | Tejada |
| Rene Delgado | Terrazas |
| Julian Robles | Tinoco |
| Octavio Garcia | Tirado |
| Alejandro | Tlachino |
| Jose | Torres |
| Oscar Mendoza | Torres |
| Ramon Ruiz | Torres |
| Israel De La Cruz | Trejo |
| Victor A. Garduno | Trejo |
| Dilber | Urrutia |
| Alfredo | Vaca |
| Williams Membreno | Valadez |
| Alejandro Elizalde | Valenzuela |
| Hector | Valenzuela |
| Troy A | Valenzuela |
| David Membrano | Varela |
| Daniel | Vargas |
| Jose | Vargas |
| Miguel Lugo | Vargas |
| Jaime Rodriguez | Vazquez |
| Jose Reyes | Vazquez |
| Julio | Vazquez |
| Leonel | Vazquez |
| Noel Martinez | Vazquez |
| Guillermo Lopez | Velasquez |
| Hector Gomez | Velazco |

# EXHIBIT A

| | |
|---|---|
| Antonio Alva | Velazquez |
| Jaime | Velazquez |
| Jose Cuazitl | Velazquez |
| Sergio Medrano | Veliz |
| Miguel | Ventura |
| Ruben Mora | Ventura |
| Adrian | Vera |
| Jose Hernandez | Villalobos |
| Juan Garcia | Villalobos |
| Octavio | Villalpando |
| Rodolfo | Villareal |
| Roman Castro | Villareal |
| Juan Gabriel | Villarreal |
| Rodolfo | Villarreal |
| Israel Juarez | Villeda |
| Edwin Rivas | Villegas |
| Luis Aguilar | Villegas |
| Adam | Wahl |
| George | Weisser |
| Jesus | Xochipa |
| Casimiro Cuello | Yanez |
| Joaquin Barajas | Zamora |
| Eugenio | Zaragoza |
| Adrian Alexis Perez | Zazueta |
| Luis | Zepeda |
| Oscar | Zepeda |
| Anthony | Zozaya |