**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE A. SU, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff(s),<br><br>v.<br><br>COLVIN CONSTRUCTION, IN., et al.,<br><br>Defendant(s). | Case No. 2:22-CV-1811 JCM (VCF)<br><br>ORDER |

Presently before the court is the Secretary of Labor's motion to admit government attorney Boris Orlov in this case. (ECF No. 12). Local Rule IA 11-3 provides that the court may, upon motion, admit any attorney currently employed by the government.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion be, and the same hereby is, GRANTED.

DATED April 21, 2023.

_____
UNITED STATES DISTRICT JUDGE