# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Julia A. Su, Secretary of Labor, United States Department of Labor, | |
| Plaintiff(s), | 2:22-cv-01811-JCM-VCF |
| v. | **ORDER** |
| Colvin Construction, Inc., and Michael Colvin, | |
| Defendant(s). | |

Before the Court is the motion seeking leave of the court to file an amended pleading for violations of the Fair Labor Standards Act (ECF No. 14).

No opposition has been filed and the time to file an opposition has passed.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that the motion seeking leave of the court to file an amended pleading for violations of the Fair Labor Standards Act (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file the amended complaint on or before June 2, 2023.

DATED this 24th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE