JESSICA RENEE BROWN (pro hac vice)
Texas Bar No. 24048975
KJ PARTNERS LLP
4849 Greenville Avenue
Suite 100-170
Dallas, TX  75206
Telephone: (469) 586-6861
jessica@kjpartners.law

and

Doreen Spears Hartwell
Nevada State Bar No. 7525
HARTWELL Thalacker, Ltd
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
doreen@hartwellthalacker.com

*Attorney for Defendant Colvin Construction, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> COLVIN CONSTRUCTION, INC., and MICHAEL COLVIN, <br><br> Defendants | Case No.: 2:22-cv-1811-JCM-VCF <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES (DOCKET #24) AND TO AMEND COMPLAINT |

Plaintiff Secretary of Labor for United States Department of Labor ("DOL") and Defendants Colvin Construction, Inc. and Michael Colvin (collectively "Colvin") through their respective counsel stipulate as follows:

1. On July 5, 2023, DOL has filed a Motion to Strike Defendants' Affirmative Defenses with Colvin's response to same due July 19, 2023.

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES (DOCKET #24) AND TO AMEND COMPLAINT - 1

2. DOL has agreed to give Colvin's a one-week extension making their response due on July 26, 2023.

3. The parties agree that DOL's reply shall also be extended one week.

4. The parties further stipulate to extend the deadline to amend pleadings from July 21, 2023, to July 28, 2023.

Dated: this 18th day of July, 2023.

HARTWELL THALACKER, LTD

/s/ Doreen Spears Hartwell
Doreen Spears Hartwell (NSB #7525)
11920 Southern Highlands Pkwy, #201
Las Vegas, NV  89141
*Attorney for Defendants*

Dated: this 18th day of July, 2023.

U.S. DEPARTMET OF LABOR

/s/Paige Pulley
Paige Pulley, Esq.
90 7th Street, Suite 3-700
San Francisco, CA 94103
*Attorneys for Secretary of Labor*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  7-18-2023  _____

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES (DOCKET #24) AND TO AMEND COMPLAINT - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2023, a true and correct copy of Stipulation to Extend Time to Respond to Motion to Strike Affirmative Defenses was served by electronically to the following:

> Boris Orlov
> Counsel for Wage and Hour
> Orlov.Boris@dol.gov
>
> Paige B. Pulley
> Trial Attorney
> Pulley.Paige.B@dol.gov
>
> *Attorneys for Plaintiff Martin J. Walsh,*
> *United States Secretary of Labor*

/s/Doreen Spears Hartwell
An employee of Hartwell Thalacker Ltd.

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES (DOCKET #24) AND TO AMEND COMPLAINT - 3