**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

Julia A. Su1, Secretary of Labor, United
States Department of Labor,

Plaintiff(s),

v.

Colvin Construction, Inc., and Michael
Colvin,

Defendant(s).

2:22-cv-01811-JCM-VCF

**ORDER**

Before the court are plaintiff's motion to strike defendants' affirmative defenses (ECF NO. 24) and plaintiff's motion for leave to file second amended complaint (ECF NO. 28).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on plaintiff's motion to strike defendants' affirmative defenses (ECF NO. 24) and plaintiff's motion for leave to file second amended complaint (ECF NO. 28), is scheduled for **1:00 PM, October 2, 2023**, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by September 29, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

•       Log on to the call ten (10) minutes prior to the hearing time.

•       Mute your sound prior to entering the hearing.

1    •    Do not talk over one another.

2    •    State your name prior to speaking for the record.

3    •    Do not have others in the video screen or moving in the background.

4    •    No recording of the hearing.

5    •    No forwarding of any video conference invitations.

6    •    Unauthorized users on the video conference will be removed.

7

8

9    DATED this 15th day of September 2023.

10   _____
     CAM FERENBACH
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25