MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV (CSBN 223532)
Counsel for Wage and Hour
PAIGE B. PULLEY (CSBN 312596)
JULIA B. HAYER (CSBN 333454)
Trial Attorneys
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2705
Facsimile:  (415) 625-7772
Pulley.paige.b@dol.gov
Attorneys for the Plaintiff
Secretary of Labor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Julie A. Su**, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**Colvin Construction, Inc., and Michael Colvin,**<br><br>Defendants. | Case No.:  2:22-cv-1811<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS RETALIATION CLAIM AND TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**<br>**(First Request)** |

STIPULATION TO EXTEND TIME FOR SECRETARY TO RESPOND TO MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT
Case No. 2:20-cv-1811

1

The parties, by and through undersigned counsel, hereby stipulate as follows:

1. On October 16, 2023, Defendants filed a Motion to Dismiss Plaintiff's Retaliation Claim (ECF No. 42) and a Motion for a More Definite Statement (ECF No. 43).

2. The parties met and conferred and are attempting to resolve the issues raised in Defendants' motions. The parties therefore agree to extend the Acting Secretary's deadline to respond to ECF Nos. 42 and 43 by two-weeks, with a new response deadline by November 13, 2023.

3. The parties agree that Defendants' reply to the Acting Secretary's responses shall also be extended one week, with a new reply deadline by November 20, 2023.

Respectfully submitted this 30th day of October, 2023.

FOR THE SECRETARY

Seema Nanda
Solicitor of Labor

Marc A. Pilotin
Regional Solicitor

Boris Orlov
Counsel

 /s/ Julia B. Hayer
Paige B. Pulley
Julia B. Hayer
Trial Attorneys
Attorneys for Secretary of Labor
U.S. Department of Labor

STIPULATION TO EXTEND TIME FOR SECRETARY TO RESPOND TO MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT
Case No. 2:20-cv-1811

2

//

FOR THE DEFENDANTS

      /s/ Kristol B. Ginapp

Kristol Bradley Ginapp
Shareholder
Holley Driggs

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT
JUDGE JAMES C. MAHAN

Dated: October 30, 2023

STIPULATION TO EXTEND TIME FOR SECRETARY TO RESPOND TO MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT
Case No. 2:20-cv-1811

3