# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Martin J. Walsh, Secretary of Labor, et al.,

    Plaintiff(s),

vs.

Colvin Construction, Inc., et al.,

    Defendant(s).

2:22-cv-01811-JCM-MDC

Order

The parties filed a *Joint Stipulation Requesting Settlement Conference and Extension of Time*. ECF No. 50. The parties want a settlement conference prior to filing dispositive motions. *Id.* The parties ask for a settlement conference on June 17, 2024, but the Court is not available on that date. Discovery closes in September 2024 and dispositive motions are due in October 2024. See ECF No. 37.

IT IS ORDERED that:

1. The parties' *Joint Stipulation Requesting Settlement Conference and Extension of Time* (ECF No. 50) is granted in part and denied in part.

2. The parties' request for a new deadline (for plaintiff to file the final amendment of Exhibit A to the complaint and disclose the approximate number of government informants that plaintiff expects to rely on for summary judgment and/or trial) is granted. The deadline is extended to **June 17, 2024**.

    a. Regarding the parties' request for a settlement conference, the Court is inclined to hold the requested settlement conference and has tentatively reserved September 11, 2024, at 9:00am for such conference.  However, at this time the Court denies the

parties' request without prejudice with leave to refile after the parties comply with the following:

    i. The parties shall meet-and-confer (which means a conversation in-person, telephonically, or via zoom) to discuss the goals for the settlement conference. The parties shall exchange numbers during the meet-and-confer session. The parties are encouraged to exchange multiple sets of numbers until the parties believe they have closed the gap (between the starting numbers and the ending numbers) to a point where a settlement conference would be productive. The parties shall complete at least one productive meet-and-confer session that includes an exchange of numbers by **June 17, 2024.**

    ii. If, after the meet-and-confer session, the parties still believe that a settlement conference would still be fruitful, the parties shall file a "Stipulation Confirming Request for Settlement Conference" by **June 17, 2024**, certifying that they made good faith efforts to resolve the case and believe they are meaningfully close to reaching a resolution and would like to proceed with a Settlement Conference on September 11, 2024.

    iii. The Court will issue a further order after reviewing the parties' "Stipulation Confirming Request for Settlement Conference."

b. If, after the meet-and-confer session, the parties determine that they are too far apart, or believe that a settlement conference is no longer viable, the parties shall file by **June 17, 2024**, a "Stipulation Declining Settlement Conference."

IT IS SO ORDERED.

Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

2