MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
PAIGE B. PULLEY (Cal Bar No. 312596)
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2705
Facsimile:  (415) 625-7772
Pulley.paige.b@dol.gov
Attorneys for the Acting Secretary

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Su,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>              Plaintiff,<br><br>vs.<br><br>Colvin Construction, Inc., and Michael Colvin,<br>              Defendants. | Case No.: 2:22-cv-1811<br><br>**STIPULATION REQUESTING OPPORTUNITY TO PROVIDE STATUS UPDATE BY JULY 1, 2024** |

Pursuant to this Court's Order (ECF No. 51) the parties respectfully request the opportunity to update the Court on the status of settlement negotiations by July 1, 2024. The parties met and conferred on June 12th and on June 17th. The parties made good faith efforts to resolve the case and believe they are meaningfully close to reaching a resolution. The parties believe they will know with more certainty by July 1, 2024, if they will be able to finalize the agreement on their

STIPULATION REQUESTING OPPORTUNITY TO PROVIDE STATUS UPDATE BY JULY 1, 2024 - 1

own or would still like to proceed with a Settlement Conference, and request to update the Court at that time.

Respectfully submitted this 17th day of June 2024.

FOR THE SECRETARY

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

/s/ Paige B. Pulley
Paige B. Pulley
Trial Attorney
Attorneys for Plaintiff

FOR THE DEFENDANTS

/s/ Kristol Bradley Ginapp
Kristol Bradley Ginapp
Shareholder
Holley Driggs

   IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: June 24, 2024

STIPULATION REQUESTING OPPORTUNITY TO PROVIDE STATUS UPDATE BY JULY 1, 2024 - 2