MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
PAIGE B. PULLEY (Cal Bar No. 312596)
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2705
Facsimile:  (415) 625-7772
Pulley.paige.b@dol.gov
Attorneys for the Acting Secretary

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Su,<br> Acting Secretary of Labor,<br> United States Department of Labor,<br><br>             Plaintiff,<br><br>vs.<br><br>Colvin Construction, Inc., and Michael Colvin,<br>             Defendants. | Case No.:  2:22-cv-1811<br><br>**STIPULATION REQUESTING EXTENSION TO PROVIDE STATUS UPDATE BY JULY 22, 2024** |

Pursuant to this Court's Order (ECF No. 53) the parties respectfully request an additional three weeks to update the Court on the status of settlement negotiations, by July 22, 2024. The parties continue to make good faith efforts to resolve the case and believe they are meaningfully close to reaching a resolution. The parties are currently waiting for information from a third party, and once obtained it will allow them to either finalize the agreement on their own or inform the Court if they would like to proceed with a Settlement Conference.

STIPULATION REQUESTING EXTENSION TO PROVIDE STATUS UPDATE BY JULY 22, 2024 - 1

Respectfully submitted this 1st day of July 2024.

FOR THE SECRETARY

    SEEMA NANDA
    Solicitor of Labor

    MARC A. PILOTIN
    Regional Solicitor

    BORIS ORLOV
    Counsel for Wage and Hour

    */s/ Paige B. Pulley*
    Paige B. Pulley
    Trial Attorney
    Attorneys for Plaintiff

FOR THE DEFENDANTS

    */s/ Kristol Bradley Gnapp*
    Kristol Bradley Ginapp
    Shareholder
    Holley Driggs

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE
JUDGE MAXIMILIANO D. COUVILLIER, III

Dated: July 2, 2024

STIPULATION REQUESTING EXTENSION TO PROVIDE STATUS UPDATE BY JULY 22, 2024 - 2