MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
PAIGE B. PULLEY (Cal Bar No. 312596)
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2705
Facsimile: (415) 625-7772
Pulley.paige.b@dol.gov
Attorneys for the Acting Secretary

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Su,<br> Acting Secretary of Labor,<br> United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>Colvin Construction, Inc., and Michael Colvin,<br>    Defendants. | Case No.:  2:22-cv-1811<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING ORDER DEADLINES** |

Pursuant to this Court's Order (ECF No. 55) the parties are to update the Court on the status of settlement negotiations by July 22, 2024. The parties have reached a tentative settlement. However, Defendant Michael Colvin who is a party to a marriage dissolution proceeding is seeking approval of the payment plan portion of the settlement from the Nevada Eighth Judicial District Court—Family Division. Defendants have directed all available funds towards the settlement and do not want to incur any more litigation costs. The parties request an extension of time on discovery and all current scheduling order deadlines by 90 days to allow the settlement to be finalized and a consent judgment to be presented to the Court for approval. In the event the payment plan is not

approved within 45 days the parties will update the Court and proceed with the new discovery schedule. The parties hearby agree to the following new pre-trial deadlines:

<u>Deadline to Disclose Government Informants Identities that Plaintiff Will Rely on for Summary Judgment</u>

- ▪ Current Deadline: July 5, 2024
- ▪ Proposed Amended Deadline: October 3, 2024

<u>Deadline for Initial Expert Disclosures</u>

- ▪ Current Deadline: July 8, 2024
- ▪ Proposed Amended Deadline: October 6, 2024

<u>Deadline for Rebuttal Expert Disclosures</u>

- ▪ Current Deadline: August 7, 2024
- ▪ Proposed Amended Deadline: November 5, 2024

<u>Deadline to Complete Fact Discovery</u>

- ▪ Current Deadline: September 6, 2024
- ▪ Proposed Amended Deadline: December 5, 2024

<u>Deadline to Conduct Depositions of Disclosed Government Informants</u>

- ▪ Current Deadline: September 6, 2024
- ▪ Proposed Amended Deadline: December 5, 2024

<u>Deadline to File Dispositive Motions</u>

- ▪ Current Deadline: October 7, 2024
- ▪ Proposed Amended Deadline: January 6, 2025

<u>Deadline to File Proposed Joint Pretrial Order</u>

- ▪ Current Deadline: November 6, 2024[1]
- ▪ Proposed Amended Deadline: February 4, 2025

---

[1] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING ORDER DEADLINES - 2

<u>Deadline to Disclose Government Informant Trial Witnesses Identities</u>

- Current Deadline: Sixty days before trial[2]

- Proposed Amended Deadline: Sixty days before trial

Respectfully submitted this 11th day of July 2024.

FOR THE SECRETARY

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

*/s/ Paige B. Pulley*
Paige B. Pulley
Trial Attorney
Attorneys for Plaintiff

FOR THE DEFENDANTS

*/s/ Kristol Bradley Ginapp*
Kristol Bradley Ginapp
Shareholder
Holley Driggs

_____

[2] The parties stipulate to a limited exception for the discovery deadline pertaining to any government informant witnesses disclosed in Plaintiff's disclosure of trial witnesses. Defendants shall have 60 days from the date any government informant witnesses are disclosed to conduct depositions of such witnesses. The parties agree to meet and confer in good faith to attempt to resolve any timing and scheduling issues that may arise related to Defendants need to conduct depositions of government informants.

JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING ORDER DEADLINES - 3

1

2      IT IS SO ORDERED:The stipulation is denied without prejudice.

3      The close of fact discovery vis-à-vis disclosure and depositions of

       disclosed government informants" and "informant trial witnesses"  is unclear.
4
       The parties must reconcile the overall close of fact discovery and the
5
       deadlines to disclose and depose informants.
6

7

8
       _____
9      UNITED STATES MAGISTRATE
       JUDGE MAXIMILIANO D. COUVILLIER, III
10

11     Dated: July 15_____, 2024

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING
ORDER DEADLINES - 4