MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
PAIGE B. PULLEY (Cal Bar No. 312596)
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2705
Facsimile:  (415) 625-7772
Pulley.paige.b@dol.gov
Attorneys for the Acting Secretary

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Su,<br> Acting Secretary of Labor,<br> United States Department of Labor,<br><br>                Plaintiff,<br><br>vs.<br><br>Colvin Construction, Inc., and Michael Colvin,<br>                Defendants. | Case No.: 2:22-cv-1811<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING ORDER DEADLINES** |

    Pursuant to this Court's Order (ECF No. 55) the parties are to update the Court on the status of settlement negotiations by July 22, 2024. The parties have reached a tentative settlement. However, Defendant Michael Colvin who is a party to a marriage dissolution proceeding is seeking approval of the payment plan portion of the settlement from the Nevada Eighth Judicial District Court—Family Division. Defendants have directed all available funds towards the settlement and do not want to incur any more litigation costs. The parties request an extension of time on discovery and all current scheduling order deadlines by 90 days to allow the settlement to be finalized and a consent judgment to be presented to the Court for approval. In the event the payment plan is not

JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING
ORDER DEADLINES - 1

approved within 45 days the parties will update the Court and proceed with the new discovery schedule. The parties hearby agree to the following new pre-trial deadlines:

Deadline to Disclose Government Informants Identities that Plaintiff Will Rely on for Summary Judgment

- Current Deadline: July 5, 2024
- Proposed Amended Deadline: October 3, 2024

Deadline for Initial Expert Disclosures

- Current Deadline: July 8, 2024
- Proposed Amended Deadline: October 6, 2024

Deadline for Rebuttal Expert Disclosures

- Current Deadline: August 7, 2024
- Proposed Amended Deadline: November 5, 2024

Deadline to Conduct Depositions of Disclosed Government Informants that Plaintiff Will Rely on for Summary Judgment

- Current Deadline: September 6, 2024
- Proposed Amended Deadline: December 5, 2024

Deadline to Complete Fact Discovery with the Exception of Discovery Remaining Open for the Limited Purpose of Conducting Informer Trial Witness Depositions

- Current Deadline: September 6, 2024
- Proposed Amended Deadline for Fact Discovery: December 5, 2024
- Proposed Amended Deadline for Trial Witness Depositions: 60 days from the date government informant trial witness identities are disclosed pursuant to footnote two.

Deadline to File Dispositive Motions

- Current Deadline: October 7, 2024
- Proposed Amended Deadline: January 6, 2025

//

//

JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING ORDER DEADLINES - 2

Case 2:22-cv-01811-JCM-MDC   Document 59   Filed 08/02/24   Page 3 of 4

<u>Deadline to File Proposed Joint Pretrial Order</u>

- Current Deadline: November 6, 2024[1]
- Proposed Amended Deadline: February 4, 2025

<u>Deadline to Disclose Government Informant Trial Witnesses Identities</u>

- Current Deadline: Sixty days before trial[2]
- Proposed Amended Deadline: Sixty days before trial

Respectfully submitted this 26th day of July 2024.

FOR THE SECRETARY

    SEEMA NANDA
    Solicitor of Labor

    MARC A. PILOTIN
    Regional Solicitor

    BORIS ORLOV
    Counsel for Wage and Hour

    */s/ Paige B. Pulley*
    Paige B. Pulley
    Trial Attorney
    Attorneys for Plaintiff

---

[1] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

[2] The parties stipulate to a limited exception for the discovery deadline pertaining to any government informant witnesses disclosed in Plaintiff's disclosure of trial witnesses. Defendants shall have 60 days from the date any government informant witnesses are disclosed to conduct depositions of such witnesses. The parties agree to meet and confer in good faith to attempt to resolve any timing and scheduling issues that may arise related to Defendants need to conduct depositions of government informants.

JOINT STIPULATION REQUESTING EXTENSION OF TIME ON ALL DISCOVERY AND SCHEDULING ORDER DEADLINES - 3

FOR THE DEFENDANTS

                                                */s/ Kristol Bradley Ginapp*
                                                Kristol Bradley Ginapp
                                                Shareholder
                                                Holley Driggs

IT IS SO ORDERED: The stipulations is denied without prejudice with leave to refile. The parties did not comply with the Court's 7/15/24 Order, ECF No. 57. Additionally, the parties seek to extend the expert disclosure deadline, which expired July 8, 2024, but fail to establish excusable neglect as required by LR 26-3. Finally, the parties must provide more details about the status regarding approval of payment plan from Nevada State Court. Such details should include the date any petition was filed and date of any hearing scheduled.

_____
UNITED STATES MAGISTRATE
JUDGE MAXIMILIANO D. COUVILLIER, III

Dated: 8/2/24_____, 2024