1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Julie A. Su, Acting Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

Colvin Construction, Inc., and Michael Colvin,

Defendants.

Case No.   2:22-cv-1811

**STIPULATION REGARDING CONSENT JUDGMENT**

1

2          IT IS HEREBY STIPULATED, by and between Plaintiff, Julie A. Su, Acting

3    Secretary of Labor, United States Department of Labor and Defendants Colvin

4    Construction, Inc., and Michael Colvin that they agree to the terms of the attached

5    Consent Judgment as a full and final settlement of this action between the Parties.

           RESPECTFULLY SUBMITTED this 13th day of August 2024.

6

7                                                    MARC A. PILOTIN
                                                     Regional Solicitor
8
                                                     BORIS ORLOV
9                                                    Counsel for Wage and Hour

10

11                                                   /s/*Paige Pulley*
                                                     Paige Pulley
12                                                   Julia Hayer
                                                     Trial Attorneys
13                                                   *Attorneys for Plaintiff Secretary of Labor*

14

15

16

17                                                   */s/ Kristol Bradley Ginapp*
                                                     Kristol Bradley Ginapp
18                                                   Shareholder
                                                     Holley Driggs
19                                                   *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

2:22-cv-1811